## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| WESTLAKE INVESTMENTS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) Case No. _____ |
| | ) |
| v. | ) (Removed from the District Court of |
| | ) Dallas County, State of Iowa, Case No. |
| MLP MANAGEMENT L.L.C., MLP | ) LACV034078) |
| INVESTMENT, L.L.C., PIONEER | ) |
| CONSTRUCTION, INC., CCC/MLP | ) |
| WESTLAKE, L.L.C., WESTLAKE | ) |
| APARTMENTS, L.L.C., JOE LEIBOLD, | ) |
| STAN McCURDY, JOHN PORTA, | ) |
| WILLIAM BREECE a/k/a BILL BREECE, | ) |
| MLP MULTI-FAMILY CONSTRUCTION, | ) |
| L.L.C., WESTLAKE APARTMENTS, L.P., | ) |
| PIONEER CONSTRUCTION SERVICES, | ) |
| INC. a/k/a AMERWEST DEVELOPMENT | ) |
| COMPANY, MLP GROUP, L.L.C., MLP | ) |
| LAND DEVELOPMENT, L.L.C., | ) |
| CCC/WESTLAKE APARTMENTS, L.L.C., | ) |
| and CCC/MLP INVESTMENT, L.L.C., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF REMOVAL

COME NOW MLP Multi-Family Construction, L.L.C., MLP Group, L.L.C. and

MLP Land Development, L.L.C. ("Removal Defendants"), defendants in the above-

captioned matter which is currently pending in the District Court of Dallas County,

State of Iowa, and, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby remove the pending

case to the United States District Court for the Southern District of Iowa, Central

Division.  In accordance with the provisions of 28 U.S.C. § 1446(a) and the Local Rules,

the Removal Defendants respectfully show the Court as follows:

1.      On or about February 18, 2008, Westlake Investments, L.L.C. ("Plaintiff")

filed a Petition in the District Court of Dallas County, State of Iowa, Case No.

LACV034078 (hereafter, the "Dallas County Case").

2.      Plaintiff never served the Petition upon any defendant.

3.      On or about March 4, 2008, Plaintiff filed a First Amended Petition in the

Dallas County Case.

4.      The First Amended Petition named as defendants the following:

    a.  Stan McCurdy;

    b.  John Porta;

    c.  Joe Leibold;

    d.  MLP Management L.L.C.;

    e.  MLP Investment, L.L.C.;

    f.  Pioneer Construction, Inc.;

    g.  CCC/MLP Westlake, L.L.C.;

    h.  Westlake Apartments, L.L.C.; and

    i.  Westlake Apartments, L.P.

McCurdy, Porta, Leibold, MLP Management L.L.C., MLP Investments, L.L.C., Pioneer

Construction, Inc., CCC/MLP Westlake, L.L.C. and Westlake Apartments, L.P. will be

referred to as the "Defendants".

  5. On or about April 9, 2008, Defendants filed an Answer to Plaintiff's First

Amended Petition.

  6. On or about October 31, 2008, Plaintiff filed a motion to amend its First

Amended Petition.

  7. On or around November 4, 2008, Plaintiff filed its Second Amended

Petition.  A true and accurate copy of the Second Amended Petition is attached as

**Exhibit 1**.

  8. On or around November 25, 2008, the Iowa trial court for the Dallas

County Case granted Plaintiff's Motion to amend its First Amended Petition with the

Second Amended Petition.

  9. In addition to Defendants, the Second Amended Petition asserts claims

against the following:

    a. MLP Multi-Family Construction, L.L.C.;

    b. Pioneer Construction Services, Inc.;

    c. MLP Group, L.L.C.;

    d. MLP Land Development, L.L.C.;

    e. CCC/Westlake Apartments, L.L.C.;

      f.  CCC/Westlake, L.L.C.;

      g.  CCC/MLP Investments, L.L.C; and

      h.  William Breece.

10.    MLP Multi-Family Construction, L.L.C., MLP Group, L.L.C. and MLP Land Development, L.L.C. received a copy of the Second Amended Petition on February 4, 2009.

11.    The Second Amended Petition states on its face that Plaintiff is an Iowa limited liability corporation.  All of Plaintiff's members are citizens of Iowa.

12.    Stan McCurdy is a Missouri citizen.

13.    John Porta is a Missouri citizen.

14.    Joe Leibold is a Missouri citizen.

15.    MLP Management L.L.C. is organized under the laws of Missouri, with its principal place of business in Missouri.

      a.  The members of MLP Management L.L.C. are John Porta and Stan McCurdy.

16.    MLP Investments, L.L.C. is organized under the laws of Missouri, with its principal place of business in Missouri.

      a.  The members of MLP Investments, L.L.C. are: McCurdy Family L.L.C. and John C. Porta and Robin A. Porta Family Trust Agreement, dated October 14, 1985;

    b.  McCurdy Family L.L.C. is organized under the laws of Missouri, with its principal place of business in Missouri; and

    c.  The John C. Porta and Robin A. Porta Family Trust Agreement, dated October 14, 1985, is a trust organized under the laws of Missouri.

17.    Pioneer Construction, Inc. is organized under the laws of Missouri, with its principal place of business in Missouri.

18.    CCC/MLP Westlake, L.L.C. is a limited liability company organized under the laws of Missouri, with its principal place of business in Missouri.

    a.  The members of CCC/MLP Westlake, L.L.C. are MLP Westlake, L.L.C. and Crown Capital Westlake, L.L.C.;

    b.  MLP Westlake, L.L.C. is a limited liability company organized under the laws of Missouri, with its principal place of business in Missouri; and

    c.  Crown Capital Westlake, L.L.C. is a limited liability company organized under the laws of Missouri, with its principal place of business in Missouri.

19.    Westlake Apartments, L.L.C. does not exist.

20.     MLP Multi-Family Construction, L.L.C. is organized under the laws of Missouri, with its principal place of business in Missouri.

     a.  The members of MLP Multi-Family Construction, L.L.C. are John Porta and Stan McCurdy.

21.     Pioneer Construction Services, Inc. is a corporation organized under the laws of Missouri, with its principal place of business in Missouri.

22.     MLP Group, L.L.C. is organized under the laws of Missouri, with its principal place of business in Missouri.

     a.  The members of MLP Group, L.L.C. are Greg Springmeyer, Bryan Aston, Michael Mannion and Jim Brueggemann;

     b.  Greg Springmeyer is a citizen of Missouri;

     c.  Bryan Aston is a citizen of Missouri;

     d.  Michael Mannion is a citizen of Missouri; and

     e.  Jim Brueggemann is a citizen of Missouri.

23.     MLP Land Development, L.L.C. is organized under the laws of Missouri, with its principal place of business in Missouri.

     a.  The members of MLP Land Development, L.L.C. are John Porta and Stan McCurdy.

24.     CCC/Westlake Apartments, L.L.C. does not exist.

25.     CCC/Westlake, L.L.C. does not exist.

26.     CCC/MLP Investments, L.L.C. does not exist.

27.     William Breece is a citizen of Missouri who has not been served.

28.     There is complete diversity of citizenship between Plaintiff and Stan McCurdy, John Porta, Joe Leibold,  MLP Management, L.L.C., MLP Investments, L.L.C., Pioneer Construction, Inc., CCC/MLP Westlake, L.L.C., Westlake Apartments, L.P., MLP Multi-Family Construction, L.L.C., Pioneer Constructions Services, Inc., MLP Group, L.L.C. and MLP Land Development, L.L.C.

29.     The amount in controversy exceeds $75,000.00, exclusive of fees, interest, and costs.

30.     Because of the complete diversity of citizenship between the parties and the size of the amount in controversy, this Court has original subject matter jurisdiction over the Dallas Court Case pursuant to 28 U.S.C. § 1332, and the action is removable to this Court pursuant to 28 U.S.C. §§ 1441(a) and (b).

31.     This Notice of Removal is filed within thirty (30) days of service on MLP Multi-Family Construction, L.L.C., MLP Group, L.L.C. and MLP Land Development, L.L.C. of the Second Amended Petition, and is therefore timely under 28 U.S.C. § 1446(b).

32.     Contemporaneously with the filing of this Notice of Removal, the undersigned has served written notices on counsel for Plaintiff, all other parties, and the Clerk of the District Court of Dallas County, as provided by 28 U.S.C. § 1446(d).

33.     Defendants have consented to removal.  (**Exhibit 2**, Memorandum of Consent to Removal)

34.     Pursuant to the provisions of 28 U.S.C. § 1446 and Local Rule 81.a.1., copies of all process, pleadings, and orders filed in the Dallas County Case are attached hereto as **Exhibit 3**.

35.     Pursuant to Local Rule 81.a.2., a list of all matters pending in the Iowa state court that will require resolution by this Court is attached hereto as **Exhibit 4**.

36.     Pursuant to Local Rule 81.a.3., a list of all counsel and law firms that have appeared in the Iowa state court, and the names of the parties they represent, is attached hereto as **Exhibit 5**.

37.      A copy of the online docket from the Iowa state court is attached hereto and marked as Exhibit 6.

**WHEREFORE**, MLP Multi-Family Construction, L.L.C., MLP Group, L.L.C. and MLP Land Development, L.L.C. gives notice that the District Court Action is herewith removed to the United States District Court for the Southern District of Iowa, Central Division.

Respectfully submitted,

HUBER, BOOK, CORTESE, HAPPE & LANZ, P.L.C.

By   /s/ Richard G. Book
Richard G. Book, # IS9999083
2700 Westown Parkway, Suite 170
West Des Moines, Iowa 50266-1411
Telephone: (515) 243-4148
Fax: (515) 243-5481
E-mail: rbook@desmoineslaw.com

*Attorneys for MLP Multi-Family Construction, L.L.C., MLP Group, L.L.C. and MLP Land Development, L.L.C.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing

*Notice of Removal* has been served upon counsel of record by placing same in the United

States postal service with proper postage affixed thereto and addressed to the

following:

John R. Hearn
5200 Welker
Des Moines, Iowa  50312

*Attorneys for Plaintiff*
John R. Walker, JR.
BEECHER, FIELD, WALKER,
MORRIS, HOFFMAN & JOHNSON,
P.C.
620 Lafayette Street, Suite 300
Waterloo, IA 50704-0178

ATTORNEY FOR THIRD-PARTY
DEFENDANT JORDINSON
CONSTRUCTION, INC.

William L. Dawe
HOPKINS & HUEBNER, P. C.
2700 Grand Avenue, Suite 111
Des Moines, IA 50312.

ATTORNEY FOR THIRD-PARTY
DEFENDANT ALL STATE GUTTER,
INC.

Justin J. Dalton
LAMARCA & LANDRY, P.C.
1820 N.W. 118th Street, Suite 200
Des Moines, IA 50325

ATTORNEYS  FOR  THIRD-PARTY
DEFENDANT JORDINSON
CONSTRUCTION, INC.

Mark W. Thomas
GREFE & SIDNEY, PLC
2222 Grand Avenue
P. O. Box 10434
Des Moines, Iowa 50306

ATTORNEYS FOR THIRD-PARTY
DEFENDANT WOLF
CONSTRUCTION

R. Todd Gaffney
FINLEY, ALT, SMITH,
SCHARNBERGCRAIG, HILMES &
GAFFNEY,  P.C.
699 Walnut Street, Suite 1900
Des Moines, IA 50309

ATTORNEYS FOR  THIRD-PARTY
DEFENDANT  SOLAR INDUSTRIES,
INC.

Timothy W. Wegman
405 6th Ave., Suite 700
P. O. Box 9130
Des Moines, Iowa 50306-9130

ATTORNEY FOR THIRD-PARTY
DEFENDANT TKP CONTRACTING
CO.

Thomas J. Levis
BRICK, GENTRY, BOWERS
SWARTZ & LEVIS, P. C.
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266

And

Robert J.Bartz
Barber &  Bartz
525 S. Main, Suite 800
Tulsa, Oklahoma 74103-4511

ATTORNEYS FOR THIRD-PARTY
DEFENDANTS H&H DRYWALL
SPECIALTIES

Richard S. Bender
ROSENBAUM, GOLDENHERSH,
SILVERSTEIN & ZAFFT, P.C.
7733 Forsyth Blvd
Fourth Floor
Saint Louis, MO. 63105

ATTORNEY FOR STAN MCCURDY,
JOHN PORTA, JOE LEIBOLD, MLP
INC., MLP GROUP, L.L.C., AND
MLP   LAND DEVELOPMENT,
L.L.C.

Dated this 4th day of March, 2009.

_____
   /s/ Richard G. Book
*Attorneys for MLP Multi-Family Construction,*
*L.L.C., MLP Group, L.L.C. and MLP Land*
*Development, L.L.C.*